

Personal and Confidential

| General | | | | Payroll Details | | | |
|---|---|---|---|---|---|---|---|
| **Person Number** | 000224839 | **Company Name** | BNY ADMINISTRATIVE SVC LLC(13-4132606) | **Payroll Name** | US Semimonthly | **Period Date** | 05/16/23-05/31/23 |
| **Employee Name** | Lawrence Stackhouse | | | **Payment Date** | 05/31/23 | **Pay Rate** | 164,750.00 USD Annually |
| **Job Title** | Principal, Financial Planning & Analysis | **Company Address** | 500 Grant Street | | | | |
| **Employee Address** | 10 West Hinckley Avenue | | Pittsburgh,PA | **Tax Withholding Information** | | | |
| | Ridley Park, PA | | 15258 | **Type** | **Marital Status** | **Allowances** | **Add Amt** |
| | 19078 | | US | FEDERAL | Married | 6 | $0.00 |
| | US | | | PA | | 0 | $0.00 |

### Earnings

| Description | Start Date | End Date | Hours x | Rate x | Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 79.21 | 1.00 | $6,864.58 | $68,083.30 |
| Employee Stock Purchase Plan | | | | | | $0.00 | $32.18 |
| Life Insurance Employee Non Cash | | | | | | $37.29 | $372.90 |
| Prior Year Non-Sales | | | | | | $0.00 | $18,057.60 |
| Restricted Stock Units Fully Taxed | | | | | | $0.00 | $519.20 |
| **Total** | | | | | | **$6,901.87** | **$87,065.18** |

**Total Cash Earnings: $6,864.58**

### Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Benefit Redirect | | $249.01 | $2,490.10 |
| Deferral 401k | 3% | $205.94 | $6,241.18 |
| HSA Employee contribution | | $109.95 | $960.60 |
| **Total** | | **$564.90** | **$9,691.88** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Life-Insurance | $129.23 | $1,163.07 |
| Voluntary Benefits | $84.73 | $738.87 |
| Employee Stock Purchase Plan After-Tax | $68.65 | $613.15 |
| Federal Tax Levy | $0.00 | $4,781.17 |
| Loan Repayment (001) | $204.06 | $1,836.54 |
| Loan Repayment (010) | $119.62 | $1,076.58 |
| **Total** | **$606.29** | **$10,209.38** |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|

### Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $630.93 | $9,409.43 | $6,336.97 | $77,373.30 |
| Social Security Employee Withheld | $405.66 | $5,184.10 | $6,542.91 | $83,614.48 |
| SIT Withheld (DE) | $307.59 | $4,000.37 | $6,336.97 | $77,373.30 |
| Medicare Employee Withheld | $94.87 | $1,212.41 | $6,542.91 | $83,614.48 |
| **Total** | **$1,439.05** | **$19,806.31** | | |

### State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time | 104 | 44 | 60 |

### Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | $6,864.58 | $564.90 | $1,439.05 | $606.29 | $4,254.34 |
| **Year to Date** | $86,660.10 | $9,691.88 | $19,806.31 | $10,209.38 | $46,641.01 |

### Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXXXXXX8315 | CITADEL FED C U | $4,254.34 |

*For questions, refer to "Understanding how I am paid", "Understanding your taxes" on MySource, or contact MyHR at 1-800-947-4748



Personal and Confidential

| General | | | | Payroll Details | | | |
|---|---|---|---|---|---|---|---|
| **Person Number** | 000224839 | **Company Name** | BNY ADMINISTRATIVE SVC LLC(13-4132606) | **Payroll Name** | US Semimonthly | **Period Date** | 05/01/23-05/15/23 |
| **Employee Name** | Lawrence Stackhouse | | | **Payment Date** | 05/15/23 | **Pay Rate** | 164,750.00 USD Annually |
| **Job Title** | Principal, Financial Planning & Analysis | **Company Address** | 500 Grant Street | | | | |
| **Employee Address** | 10 West Hinckley Avenue | | Pittsburgh,PA | **Tax Withholding Information** | | | |
| | Ridley Park, PA | | 15258 | **Type** | **Marital Status** | **Allowances** | **Add Amt** |
| | 19078 | | US | FEDERAL | Married | 6 | $0.00 |
| | US | | | PA | | 0 | $0.00 |

### Earnings

| Description | Start Date | End Date | Hours x | Rate x | Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 79.21 | 1.00 | $6,864.58 | $61,218.72 |
| Employee Stock Purchase Plan | | | | | | $7.23 | $32.18 |
| Life Insurance Employee Non Cash | | | | | | $37.29 | $335.61 |
| Prior Year Non-Sales | | | | | | $0.00 | $18,057.60 |
| Restricted Stock Units Fully Taxed | | | | | | $0.00 | $519.20 |
| **Total** | | | | | | **$6,909.10** | **$80,163.31** |

**Total Cash Earnings: $6,864.58**

### Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Deferral 401k | 7% | $480.52 | $6,035.24 |
| Benefit Redirect | | $249.01 | $2,241.09 |
| HSA Employee contribution | | $109.95 | $850.65 |
| **Total** | | **$839.48** | **$9,126.98** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Life-Insurance | $129.23 | $1,033.84 |
| Voluntary Benefits | $84.73 | $654.14 |
| Employee Stock Purchase Plan After-Tax | $68.65 | $544.50 |
| Federal Tax Levy | $0.00 | $4,781.17 |
| Loan Repayment (001) | $204.06 | $1,632.48 |
| Loan Repayment (010) | $119.62 | $956.96 |
| **Total** | **$606.29** | **$9,603.09** |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|

### Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $572.11 | $8,778.50 | $6,069.62 | $71,036.33 |
| Social Security Employee Withheld | $406.11 | $4,778.44 | $6,550.14 | $77,071.57 |
| SIT Withheld (DE) | $289.95 | $3,692.78 | $6,069.62 | $71,036.33 |
| Medicare Employee Withheld | $94.98 | $1,117.54 | $6,550.14 | $77,071.57 |
| **Total** | **$1,363.15** | **$18,367.26** | | |

### State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time | 104 | 44 | 60 |

### Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | $6,864.58 | $839.48 | $1,363.15 | $606.29 | $4,055.66 |
| **Year to Date** | $79,795.52 | $9,126.98 | $18,367.26 | $9,603.09 | $42,386.67 |

### Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXXXXXX8315 | CITADEL FED C U | $4,055.66 |

*For questions, refer to "Understanding how I am paid", "Understanding your taxes" on MySource, or contact MyHR at 1-800-947-4748



Personal and Confidential

| General | | | | Payroll Details | | | |
|---|---|---|---|---|---|---|---|
| **Person Number** | 000224839 | **Company Name** | BNY ADMINISTRATIVE SVC LLC(13-4132606) | **Payroll Name** | US Semimonthly | **Period Date** | 04/16/23-04/30/23 |
| **Employee Name** | Lawrence Stackhouse | | | **Payment Date** | 04/28/23 | **Pay Rate** | 164,750.00 USD Annually |
| **Job Title** | Principal, Financial Planning & Analysis | **Company Address** | 500 Grant Street | **Tax Withholding Information** | | | |
| **Employee Address** | 10 West Hinckley Avenue | | Pittsburgh,PA | **Type** | **Marital Status** | **Allowances** | **Add Amt** |
| | Ridley Park, PA | | 15258 | FEDERAL | Married | 6 | $0.00 |
| | 19078 | | US | PA | | 0 | $0.00 |
| | US | | | | | | |

### Earnings

| Description | Start Date | End Date | Hours x | Rate x Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 79.21   1.00 | $6,864.58 | $54,354.14 |
| Employee Stock Purchase Plan | | | | | $0.00 | $24.95 |
| Life Insurance Employee Non Cash | | | | | $37.29 | $298.32 |
| Prior Year Non-Sales | | | | | $0.00 | $18,057.60 |
| Restricted Stock Units Fully Taxed | | | | | $0.00 | $519.20 |
| **Total** | | | | | **$6,901.87** | **$73,254.21** |

**Total Cash Earnings: $6,864.58**

### Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Deferral 401k | 7% | $480.52 | $5,554.72 |
| Benefit Redirect | | $249.01 | $1,992.08 |
| HSA Employee contribution | | $109.95 | $740.70 |
| **Total** | | **$839.48** | **$8,287.50** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Life-Insurance | $129.23 | $904.61 |
| Voluntary Benefits | $84.73 | $569.41 |
| Employee Stock Purchase Plan After-Tax | $68.65 | $475.85 |
| Federal Tax Levy | $0.00 | $4,781.17 |
| Loan Repayment (001) | $204.06 | $1,428.42 |
| Loan Repayment (010) | $119.62 | $837.34 |
| **Total** | **$606.29** | **$8,996.80** |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|

### Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $570.52 | $8,206.39 | $6,062.39 | $64,966.71 |
| Social Security Employee Withheld | $405.66 | $4,372.33 | $6,542.91 | $70,521.43 |
| SIT Withheld (DE) | $289.47 | $3,402.83 | $6,062.39 | $64,966.71 |
| Medicare Employee Withheld | $94.87 | $1,022.56 | $6,542.91 | $70,521.43 |
| **Total** | **$1,360.52** | **$17,004.11** | | |

### State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time Salaried | 104 | 28 | 76 |

### Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | $6,864.58 | $839.48 | $1,360.52 | $606.29 | $4,058.29 |
| **Year to Date** | $72,930.94 | $8,287.50 | $17,004.11 | $8,996.80 | $38,331.01 |

### Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXXXXXX8315 | CITADEL FED C U | $4,058.29 |

*\* For questions, refer to "Understanding how I am paid", "Understanding your taxes" on MySource, or contact MyHR at 1-800-947-4748*



Personal and Confidential

| General | | | | Payroll Details | | | |
|---|---|---|---|---|---|---|---|
| **Person Number** | 000224839 | **Company Name** | BNY ADMINISTRATIVE SVC LLC(13-4132606) | **Payroll Name** | US Semimonthly | **Period Date** | 04/01/23-04/15/23 |
| **Employee Name** | Lawrence Stackhouse | | | **Payment Date** | 04/14/23 | **Pay Rate** | 164,750.00 USD Annually |
| **Job Title** | Principal, Financial Planning & Analysis | **Company Address** | 500 Grant Street | | | | |
| **Employee Address** | 10 West Hinckley Avenue | | Pittsburgh, PA | **Tax Withholding Information** | | | |
| | Ridley Park, PA | | 15258 | **Type** | **Marital Status** | **Allowances** | **Add Amt** |
| | 19078 | | US | FEDERAL | Married | 6 | $0.00 |
| | US | | | PA | | 0 | $0.00 |

### Earnings

| Description | Start Date | End Date | Hours x | Rate x Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 79.21   1.00 | $6,864.58 | $47,489.56 |
| Employee Stock Purchase Plan | | | | | $3.56 | $24.95 |
| Life Insurance Employee Non Cash | | | | | $37.29 | $261.03 |
| Prior Year Non-Sales | | | | | $0.00 | $18,057.60 |
| Restricted Stock Units Fully Taxed | | | | | $0.00 | $519.20 |
| **Total** | | | | | **$6,905.43** | **$66,352.34** |

**Total Cash Earnings: $6,864.58**

### Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Deferral 401k | 7% | $480.52 | $5,074.20 |
| Benefit Redirect | | $249.01 | $1,743.07 |
| HSA Employee contribution | | $109.95 | $630.75 |
| **Total** | | **$839.48** | **$7,448.02** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Life-Insurance | $129.23 | $775.38 |
| Voluntary Benefits | $84.73 | $484.68 |
| Employee Stock Purchase Plan After-Tax | $68.65 | $407.20 |
| Federal Tax Levy | $0.00 | $4,781.17 |
| Loan Repayment (001) | $204.06 | $1,224.36 |
| Loan Repayment (010) | $119.62 | $717.72 |
| **Total** | **$606.29** | **$8,390.51** |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|

### Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $571.30 | $7,635.87 | $6,065.95 | $58,904.32 |
| Social Security Employee Withheld | $405.88 | $3,966.67 | $6,546.47 | $63,978.52 |
| SIT Withheld (DE) | $289.71 | $3,113.36 | $6,065.95 | $58,904.32 |
| Medicare Employee Withheld | $94.93 | $927.69 | $6,546.47 | $63,978.52 |
| **Total** | **$1,361.82** | **$15,643.59** | | |

### State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time Salaried | 104 | 24 | 80 |

### Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | $6,864.58 | $839.48 | $1,361.82 | $606.29 | $4,056.99 |
| **Year to Date** | $66,066.36 | $7,448.02 | $15,643.59 | $8,390.51 | $34,272.72 |

### Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXXXXXX8315 | CITADEL FED C U | $4,056.99 |

*\* For questions, refer to "[Understanding how I am paid](#)", "[Understanding your taxes](#)" on MySource, or contact MyHR at 1-800-947-4748*