# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      Chapter 13

LAWRENCE STACKHOUSE, JR.          Bankruptcy No. 23-11853-AMC
CAROLE STACKHOUSE
10 WEST HINKLEY AVENUE

RIDLEY PARK, PA 19078

            Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LAWRENCE STACKHOUSE, JR.
    CAROLE STACKHOUSE
    10 WEST HINKLEY AVENUE

    RIDLEY PARK, PA 19078

**Counsel for debtor(s), by electronic notice only.**
    STEPHEN MATTHEW DUNNE, ESQ.
    1515 MARKET ST
    SUITE 1200
    PHILADELPHIA,, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 8/23/2023                                                                        /s/ Kenneth E. West

                                                                 _____
                                                                 Kenneth E. West, Esquire
                                                                 Chapter 13 Standing Trustee