10/24/23 4:03PM

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Lawrence Stackhouse, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carole Stackhouse** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number    **23-11853**
(if known)

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **INTERNAL REVENUE SERVICE (P)** | | | |
| | Last 4 digits of account number _____ | **$91,246.00** | **$91,246.00** | **$0.00** |
| | Priority Creditor's Name | | | |
| | **CENTRALIZED INSOLVENCY OPERATIONS** | | | |
| | **PO BOX 7346** When was the debt incurred? _____ | | | |
| | **PHILADELPHIA, PA 19101-7346** | | | |
| | Number Street City State Zip Code | | | |

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**          ☐ Domestic support obligations

**Is the claim subject to offset?**          ■ Taxes and certain other debts you owe the government

■ No                    ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                  ☐ Other. Specify _____

Debtor 1    **Lawrence Stackhouse, Jr.**
Debtor 2    **Carole Stackhouse**

Case number (if known)    **23-11853**

| 2.2 | **Pennsylvania Department of Revenue** | | | |
|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number _____     **$350.00**     **$350.00**     **$0.00**

**1 Revenue Place**
**Harrisburg, PA 17129**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|

| 4.1 | **Albina Stackhouse** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **2345**     **$24,000.00**

**C/O Cheryl Adelsberg**
**289 W. Ridley Avenue**
**Ridley Park, PA 19078**

When was the debt incurred?    **2008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Unsecured** _____

Debtor 1  **Lawrence Stackhouse, Jr.**
Debtor 2  **Carole Stackhouse**

Case number (if known)  **23-11853**

---

| 4.2 | **CAPITAL ONE** | Last 4 digits of account number | **0660** | **$2,785.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130**

**When was the debt incurred?**  **Opened 12/22  Last Active 05/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify  **Credit Card**

---

| 4.3 | **CAPITAL ONE** | Last 4 digits of account number | **8681** | **$1,001.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130**

**When was the debt incurred?**  **Opened 12/22  Last Active 05/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify  **Credit Card**

---

| 4.4 | **CAPITAL ONE** | Last 4 digits of account number | **9971** | **$803.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130**

**When was the debt incurred?**  **Opened 04/16  Last Active 5/15/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify  **Credit Card**

---

Debtor 1  **Lawrence Stackhouse, Jr.**
Debtor 2  **Carole Stackhouse**

Case number (if known)  **23-11853**

| | |
|---|---|

**4.5**  **CAPITAL ONE**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130**
Number Street City State Zip Code

Last 4 digits of account number  **8400**           **$654.00**

When was the debt incurred?  **Opened 12/18  Last Active 01/20**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.6**  **CITADEL FCU**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**520 EAGLEVIEW BLVD**
**EXTON, PA 19341**
Number Street City State Zip Code

Last 4 digits of account number  **0091**           **$2,467.00**

When was the debt incurred?  **Opened 05/04  Last Active 5/23/23**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.7**  **CONTINENTAL FINANCE CO**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**4550 LINDEN HILL RD, STE 4**
**WILMINGTON, DE 19808**
Number Street City State Zip Code

Last 4 digits of account number  **6294**           **$1,052.00**

When was the debt incurred?  **Opened 08/21  Last Active 6/01/23**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

10/24/23  4:03PM

Debtor 1  **Lawrence Stackhouse, Jr.**
Debtor 2  **Carole Stackhouse**

Case number (if known)    **23-11853**

---

| 4.8 | **CREDIT ONE BANK** | Last 4 digits of account number | **3338** | **$2,463.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 98873
LAS VEGAS, NV 89193**

When was the debt incurred?   **Opened 07/10  Last Active 01/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.9 | **CREDIT ONE BANK** | Last 4 digits of account number | **5162** | **$1,096.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 98873
LAS VEGAS, NV 89193**

When was the debt incurred?   **Opened 11/22  Last Active 05/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.10 | **FIRST PREMIER BANK** | Last 4 digits of account number | **1446** | **$390.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **Opened 12/02  Last Active 5/31/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Credit Card**

---

10/24/23 4:03PM

Debtor 1  **Lawrence Stackhouse, Jr.**
Debtor 2  **Carole Stackhouse**

Case number (if known)      **23-11853**

---

| 4.1 1 | **FNBO/CCS** | Last 4 digits of account number | **9626** | **$2,351.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY
PO BOX 5081
SIOUX FALLS, SD 57117**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/22  Last Active 5/21/23**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.1 2 | **FREEDOM FINANCIAL ASSET MANAGEMENT, LLC.** | Last 4 digits of account number | **7965** | **$3,861.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY
1875 SOUTH GRANT STREET, SUITE 400
SAN MATEO, CA 94402**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/21  Last Active 4/15/23**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Unsecured**

---

| 4.1 3 | **SALLIE MAE, INC** | Last 4 digits of account number | **0124** | **$369,917.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY
PO BOX 9500
WILKES BARRE, PA 18773**
Number Street City State Zip Code

When was the debt incurred?   **Opened  1/24/17  Last Active 5/17/23**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify

**Educational**

---

10/24/23  4:03PM

| | |
|---|---|
| Debtor 1 **Lawrence Stackhouse, Jr.** | |
| Debtor 2 **Carole Stackhouse** | Case number (if known)  **23-11853** |

---

**4.14**  **TOTAL VISA/THE BANK OF MISSOURI**

Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**
**PO BOX 85710**
**SIOUX FALLS, SD 57118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **8238**               **$110.00**

When was the debt incurred?  **Opened 08/21  Last Active 06/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

**4.15**  **UPSTART FINANCE**

Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**
**PO BOX 1503**
**SAN CARLOS, CA 94070**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0928**               **$4,994.00**

When was the debt incurred?  **Opened 3/20/23  Last Active 5/15/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Unsecured**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**CAPITAL ONE**
**PO BOX 31293**
**SALT LAKE CITY, UT 84131**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CAPITAL ONE**
**PO BOX 31293**
**SALT LAKE CITY, UT 84131**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CAPITAL ONE**
**PO BOX 31293**
**SALT LAKE CITY, UT 84131**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Debtor 1 | **Lawrence Stackhouse, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Carole Stackhouse** | Case number (if known) | **23-11853** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **CAPITAL ONE**<br>**PO BOX 31293**<br>**SALT LAKE CITY, UT 84131** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **CITADEL FCU**<br>**520 EAGLE VIEW BLVD**<br>**EXTON, PA 19341** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **CONTINENTAL FINANCE CO**<br>**POB 8099**<br>**NEWARK, DE 19714** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **CREDIT ONE BANK**<br>**PO BOX 98872**<br>**LAS VEGAS, NV 89193** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **CREDIT ONE BANK**<br>**PO BOX 98872**<br>**LAS VEGAS, NV 89193** | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **FNBO/CCS**<br>**PO BOX 5081**<br>**SIOUX FALLS, SD 57117** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **FREEDOM FINANCIAL ASSET**<br>**MANAGEMENT, LLC.**<br>**1875 SOUTH GRANT STREET**<br>**SAN MATEO, CA 94402** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **SALLIE MAE, INC**<br>**PO BOX 300001**<br>**GREENVILLE, TX 75403** | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **TOTAL VISA/THE BANK OF**<br>**MISSOURI**<br>**PO BOX 84930**<br>**SIOUX FALLS, SD 57118** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **UPSTART FINANCE**<br>**2 CIRCLE STAR WAY**<br>**SAN CARLOS, CA 94070** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

**Part 4:**      **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
type of unsecured claim.

| | | **Total Claim** |
|---|---|---|
| 6a.    **Domestic support obligations** | 6a. | $               0.00 |

10/24/23  4:03PM

| Debtor 1 | **Lawrence Stackhouse, Jr.** |
|---|---|
| Debtor 2 | **Carole Stackhouse** |

Case number (if known)　　**23-11853**

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $　　91,596.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $　　0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $　　0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $　　91,596.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $　　369,917.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $　　0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $　　0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $　　48,027.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $　　417,944.00 |