*Form 237* (3/23)–doc 26

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　Lawrence Stackhouse Jr.<br><br>　　Carole Stackhouse<br><br>　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23–11853–amc<br><br>Chapter: 13 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Albina Stackhouse;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ $24,000 has been filed in your name by Stephen Dunne (Debtors Counsel) on 10/24/2023.

Date: October 25, 2023                                                                                      For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court