**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **LAWRENCE STACKHOUSE, JR.** | : | |
| **Debtor.** | : | **Case No.  23-11853-AMC** |

### PRAECIPE TO WITHDRAW PROOF OF CLAIM # 18

Kindly withdraw Debtor's Counsel's Proof of Claim (Claim # 18) filed on October 25, 2023.

Respectfully submitted,

Stephen M. Dunne, Esquire

/s/ Stephen M. Dunne
STEPHEN M. DUNNE
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)
215-525-9721 (F)

Attorney for Debtor