Thursday, November 30, 2023

OneMain Financial

U.S. Bankruptcy Court

Re: Proof of Claim Withdrawal
Name: Lawrence Stackhouse
Case Number:  23-11853
To Whom It May Concern:

This letter is to serve as a written request by OneMain to withdraw entry number #15 filed on case number 23-11853 dated 8/15/23. Thank you for your assistance in this matter.

If you have any questions concerning this matter, please contact our office at (800) 266-9800.

Thank you,

*[signature: Madison Dilger]*

Madison Dilger
Bankruptcy Support Representative
Centralized Bankruptcy Department
OneMain