United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-11853-amc

Lawrence Stackhouse, Jr.                                                                         Chapter 13

Carole Stackhouse

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 4

Date Rcvd: Feb 22, 2024                       Form ID: pdf900                          Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence Stackhouse, Jr., Carole Stackhouse, 10 West Hinkley Avenue, Ridley Park, PA 19078-2105 |
| cr | + | Albina Stackhouse, C/O Gary E. Thompson, 6 E. Hinckley Avenue, Ridley Park, PA 19078-2100 |
| 14797856 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 14830413 | + | Albina Stackhouse, C/O Cheryl Stackhouse, 289 W. Ridley Avenue, Ridley Park, PA 19078-2730 |
| 14824907 | + | C/O Cheryl Adelsberg, 289 W. Ridley Avenue, Ridley Park, PA 19078-2730 |
| 14805667 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 23 2024 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2024 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14816407 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 23 2024 01:00:11 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14792847 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2024 00:45:57 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14792851 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2024 00:45:57 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14792855 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 23 2024 00:45:17 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 14792856 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 23 2024 00:45:43 | CAPITAL ONE AUTO FINANCE, CREDIT BUREAU DISPUTE, PLANO, TX 75025 |
| 14792857 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 23 2024 00:36:00 | CITADEL FCU, ATTN: BANKRUPTCY, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14792858 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 23 2024 00:36:00 | CITADEL FCU, 520 EAGLE VIEW BLVD, EXTON, PA 19341-1119 |
| 14792859 | | Email/Text: cfcbackoffice@contfinco.com | Feb 23 2024 00:36:00 | CONTINENTAL FINANCE CO, ATTN: BANKRUPTCY, 4550 LINDEN HILL RD, STE 4, WILMINGTON, DE 19808 |
| 14792860 | | Email/Text: cfcbackoffice@contfinco.com | Feb 23 2024 00:36:00 | CONTINENTAL FINANCE CO, POB 8099, NEWARK, DE 19714 |
| 14792861 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 23 2024 00:36:00 | CREDIT ACCEPTANCE, ATTN: |

District/off: 0313-2 | User: admin |

Date Rcvd: Feb 22, 2024 | Form ID: pdf900 | Total Noticed: 45

| | | | |
|---|---|---|---|
| | | | BANKRUPTCY, 25505 WEST 12 MILE ROAD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 14792862 | + Email/Text: ebnnotifications@creditacceptance.com | Feb 23 2024 00:36:00 | CREDIT ACCEPTANCE, PO BOX 5070, SOUTHFIELD, MI 48086-5070 |
| 14792863 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2024 00:45:43 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14792865 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2024 00:45:57 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 14794842 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 23 2024 00:45:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14798078 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 23 2024 00:45:39 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796723 | + Email/PDF: ebn_ais@aisinfo.com | Feb 23 2024 00:45:40 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14792868 | Email/Text: BNSTAZ@capitalsvcs.com | Feb 23 2024 00:36:00 | FNBO/CCS, ATTN: BANKRUPTCY, PO BOX 5081, SIOUX FALLS, SD 57117 |
| 14792869 | Email/Text: BNSTAZ@capitalsvcs.com | Feb 23 2024 00:36:00 | FNBO/CCS, PO BOX 5081, SIOUX FALLS, SD 57117 |
| 14792871 | Email/Text: bk@freedomfinancialnetwork.com | Feb 23 2024 00:36:00 | FREEDOM FINANCIAL ASSET MANAGEMENT, LLC., 1875 SOUTH GRANT STREET, SAN MATEO, CA 94402 |
| 14792870 | Email/Text: bk@freedomfinancialnetwork.com | Feb 23 2024 00:36:00 | FREEDOM FINANCIAL ASSET MANAGEMENT, LLC., ATTN: BANKRUPTCY, 1875 SOUTH GRANT STREET, SUITE 400, SAN MATEO, CA 94402 |
| 14792872 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2024 00:36:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14810045 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 00:45:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14792873 | + Email/PDF: cbp@omf.com | Feb 23 2024 00:46:00 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 14798664 | + Email/PDF: cbp@omf.com | Feb 23 2024 00:45:22 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14792874 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2024 00:36:00 | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14792876 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 23 2024 00:45:23 | SALLIE MAE, INC, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14792875 | + Email/PDF: pa_dc_claims@navient.com | Feb 23 2024 00:46:00 | SALLIE MAE, INC, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14792878 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 23 2024 00:36:00 | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 14792877 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 23 2024 00:36:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 14793532 | + Email/Text: famc-bk@1stassociates.com | Feb 23 2024 00:36:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 14792879 | + Email/Text: famc-bk@1stassociates.com | Feb 23 2024 00:36:00 | TOTAL VISA/THE BANK OF MISSOURI, ATTN: BANKRUPTCY, PO BOX 85710, SIOUX FALLS, SD 57118-5710 |
| 14792880 | + Email/Text: famc-bk@1stassociates.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | Feb 23 2024 00:36:00 | TOTAL VISA/THE BANK OF MISSOURI, PO BOX 84930, SIOUX FALLS, SD 57118-4930 |
|---|---|---|---|
| 14804339 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 23 2024 00:36:00 | The Bank of New York Mellon at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14795613 | ^ MEBN | Feb 23 2024 00:32:58 | The Bank of New York Mellon, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14792882 | + Email/Text: LCI@upstart.com | Feb 23 2024 00:36:00 | UPSTART FINANCE, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 14792881 | + Email/Text: LCI@upstart.com | Feb 23 2024 00:36:00 | UPSTART FINANCE, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 14793842 | ^ MEBN | Feb 23 2024 00:32:57 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14792867 | | FIRST PREMIER BANK |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14792848 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14792849 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14792850 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14792852 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14792853 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14792854 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14792864 | *+ | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14792866 | *+ | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | on behalf of Creditor Albina Stackhouse get24esq@aol.com |

KENNETH E. WEST

    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN

    on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-17
    bkgroup@kmllawgroup.com

STEPHEN MATTHEW DUNNE

    on behalf of Joint Debtor Carole Stackhouse bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net

STEPHEN MATTHEW DUNNE

    on behalf of Debtor Lawrence Stackhouse  Jr. bestcasestephen@gmail.com, DunneLawOfficesPC@jubileebk.net

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
|     LAWRENCE STACKHOUSE JR | |
|     CAROLE STACKHOUSE | Bankruptcy No. 23-11853-AMC |
|             Debtors | |

<u>ORDER</u>

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

      **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 21, 2024**

_____

Honorable Ashely M. Chan
Bankruptcy Judge